IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
ALISON MAJOR ROSS                          Case No. 9:19-bk-11788-FMD

        Debtor
_____/

PROOF OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Sell Property of the Estate free and Clear of Purported Liens and Interests has been furnished via electronic service by the Court and by regular U.S. Mail to Alison Ross, 12530 Equestrian Cir., #406, Ft. Myers, FL 33907 this 29h day of October 2020.

                                    /s/ Robert E. Tardif Jr.
                                    Robert E. Tardif, Jr., Trustee
                                    P.O. Box 2140
                                    Ft. Myers, FL 33902
                                    239/362-2755
                                    rtardif@comcast.net